Farah Tabibkhoei (SBN 266312)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213.457.8000
Facsimile:   213.457.8080

Attorneys for Plaintiff
BMO Harris Bank N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK N.A.;<br><br>    Plaintiff,<br><br>    vs.<br><br>CHARAN SINGH, an Individual;<br><br>    Defendant. | Case No.: 1:16-cv-00482-DAD-SAB<br>_____<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

   THIS MATTER having previously been set for an Initial Scheduling Conference on June 28, 2016, at 9:15 a.m. [Doc. 4] and a Clerk's entry of default having been entered as to Defendant, Charan Singh, on June 3, 2016 [Doc. 9]:

   **IT IS HEREBY ORDERED THAT** the Initial Scheduling Conference is hereby continued to August 29, 2016, at 9:15 a.m.

IT IS SO ORDERED.

Dated:   **June 22, 2016**

_____
UNITED STATES MAGISTRATE JUDGE